An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHIEL POELMANS,
Appellant,
vs.
BARBARA KERSEBOOM AND CLARK
COUNTY DEPARTMENT OF FAMILY
SERVICES,
Respondents.

No. 63426

**FILED**

JUL 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 20, 2013, without payment of the requisite filing fee.[1] On July 8, 2013, appellant filed a motion to voluntarily dismiss appeal. Accordingly, cause appearing, this appeal dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Gayle Nathan, District Judge
      Hutchison & Steffen, LLC
      Clark County District Attorney/Family Support Division
      Eighth District Court Clerk

---

[1] Appellant's failure to pay the Supreme Court filing fee could constitute an independent basis on which to dismiss this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-20202